**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Leonard Despenza
                          Plaintiff,

v.                                           Case No.: 1:13–cv–02357
                                                      Honorable Thomas M. Durkin

Thomas Dart, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2014:

       MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), is granted.[51] See Ford v. Johnson, 362 F.3d 395, 401 (7th Cir. 2004). The 12/12/14 status date is vacated. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.